■ RAYMOND G. MORAN, Respondent, v. PORT CHESTER IRON WORKS, INC., Defendant, and WILLIAM J. LONG et al., Defendants-Appellants and Third-Party Plaintiffs. CHIAPPINELLI-MARX, INC., et al., Third-Party Defendants.— In a negligence action to recover damages for personal injuries alleged to have been sustained as a result of the improper installation of a steel beam in a hospital under construction, the individual defendants appeal from an order of the Supreme Court, Dutchess County, dated January 4, 1961, granting plaintiff's motion for reargument and, on reargument, granting his motion for a preference in trial. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ RAYMOND G. MORAN, Plaintiff, v. PORT CHESTER IRON WORKS, INC., et al., Defendants. WILLIAM J. LONG et al., Defendants and Third-Party Plaintiffs-Appellants, v. CHIAPPINELLI-MARX, INC., et al., Third-Party Defendants-Respondents.— In a negligence action to recover damages for personal injuries alleged to have been sustained as the result of the improper installation of a steel beam in a hospital under construction, in which the three individual defendants jointly served three separate third-party complaints against each of the three third-party defendants to recover over on the ground that a bulldozer, under their control, dislodged a part of the beam, the third-party plaintiffs appeal from three orders of the Supreme Court, Dutchess County,

dated respectively October 3, 1960, October 4, 1960 and October 17, 1960, granting the third-party defendants' separate motions to dismiss as to each of them the third-party complaint by reason of its patent insufficiency. Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.